UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| | | 22-Cv-1482 (SHS) |
| -v- | : | |
| | | ORDER |
| DERREK LARKIN, | : | |
| Defendants. | : | |

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court is in receipt of defendant's motion to vacate under 28 U.S.C. 2255 [Doc. No. 476],

      IT IS HEREBY ORDERED that the government is directed to respond to the motion on or before March 10, 2022. Also, the government is directed to see Order dated February 22, 2022 [Doc. No. 473].

Dated: New York, New York
        February 23, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.